UNITED STATES DISTRICT COURT

Northern District of California

YORK GEE AU CHAN

                Plaintiff(s),         No. C 06-00016 JL

  v.

                                       ORDER

NORTH AMERICAN COLLECTORS,INC. ET AL

                Defendant(s).
_____/

     Plaintiff's motion for partial summary judgment noticed for August 23, 2006 @ 9:30 a.m. shall be submitted without hearing and appearance of counsel.

Dated: August 14, 2006

_____
JAMES LARSON
Chief United States District Judge