United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YORK GEE AU CHAN, | No. C 06-0016   JL |
| Plaintiff, | |
| v. | **NOTICE AND ORDER** |
| NORTH AMERICAN COLLECTORS, INC, ET AL., | |
| Defendants. | |

Plaintiff filed a motion for partial summary judgment noticed for hearing before this Court on August 23, 2006. Defendant's opposition was due August 2, 2006. Defendant failed to file an opposition or to contact the Court to request an extension of time to file. The Court sees no justification for requiring Plaintiff to appear and incur attorney fees when Defendant has not filed an opposition to his motion. Accordingly, the hearing on the motion is hereby vacated, and the Court will take the matter under submission, as provided by Civil Local Rule 7-1(b).

IT IS SO ORDERED.

DATED: August 14, 2006

_____
James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\06-0016\Notice.wpd       1