**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| YORK GEE AU CHAN,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>NORTH AMERICAN COLLECTORS, INC., a California corporation, DAVID A. SIMON, individually and in his official capacity, LARRY EDWARD LAWSON, individually and in his official capacity, and DAVID R. SEMEL, individually and in his official capacity,<br><br>　　　　　　　　Defendants. | Case No. C06-00016-JL<br><br>**ENTRY OF JUDGMENT** |

THIS MATTER comes before the Court on Plaintiff's <u>Application for Entry of Judgment</u>.

WHEREUPON it appearing that Defendants have offered to allow a judgment in favor of Plaintiff to be entered against them, jointly and severally, in the amount of $2,002.00. In addition, Defendants have offered to allow a judgment for Plaintiff's reasonable costs and reasonable attorney fees incurred in this litigation to be entered against them, jointly and severally, in an amount to be determined by the Court.

WHEREUPON it appearing that Plaintiff has accepted the Defendants' Offer of Judgment.

WHEREUPON, the Court, having considered Defendants' Offer of Judgment pursuant to Fed. R. Civ. P. 68, Plaintiff's acceptance of that Offer of Judgment, the Court file, and being otherwise duly advised in the premises, finds that Judgment should be, and hereby is, GRANTED

1  in favor of the Plaintiff in this matter.

2      IT IS THEREFORE BY THE COURT ORDERED, ADJUDGED AND DECREED that
3  Plaintiff have and recover judgment against Defendants, NORTH AMERICAN COLLECTORS,
4  INC., DAVID A. SIMON, LARRY EDWARD LAWSON, and DAVID R. SEMEL, jointly and
5  severally, in the sum of $2,002.00, together with interest thereon at the judgment rate until paid.

6      IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT that
7  Plaintiff have and recover judgment against Defendants, NORTH AMERICAN COLLECTORS,
8  INC., DAVID A. SIMON, LARRY EDWARD LAWSON, and DAVID R. SEMEL, jointly and
9  severally, in an amount to be determined by the Court at a later date, for the reasonable costs and
10 reasonable attorney fees incurred in representing Plaintiff in this matter.

11     IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT that
12 Plaintiff shall submit a Motion for Attorney Fees and Costs and any desired briefing to the Court
13 within 15 days after the entry of this Judgment.

14     Thereafter, Defendants may submit their Responses, if any, to Plaintiff's Motion for Attorney
15 Fees and Costs within 15 days after filing of Plaintiff's submission.

16     Thereafter, Plaintiff may submit her Reply, if any, to Defendants' Responses within 10 days
17 after the filing of Defendants' Responses.

18     Thereafter, the Court will then determine, based on the briefs and related materials submitted
19 by the parties, if a Hearing on the Motion will be necessary.

20     IT IS SO ORDERED.

21 Dated this  20th  day of October, 2006.

22     The Hon.
    United S...

*IT IS SO ORDERED — Judge James Larson — United States District Court, Northern District of California*

23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

-2-

ENTRY OF JUDGMENT      Case No. C06-00016-JL

1  Prepared and Approved by:

2  CONSUMER LAW CENTER, INC.

3

4  By: /s/ Fred W. Schwinn
   Fred W. Schwinn, (SBN 225575)
   12 South First Street, Suite 416
5  San Jose, CA  95113-2404
   (408) 294-6100
6  fred.schwinn@sjconsumerlaw.com
   Attorney for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

ENTRY OF JUDGMENT                                                                Case No. C06-00016-JL